Matter of Smith (2026 NY Slip Op 01267)

Matter of Smith

2026 NY Slip Op 01267

Decided on March 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 5, 2026

PM-35-26
[*1]In the Matter of Glen Patrick Smith, an Attorney. (Attorney Registration No. 4122446.)

Calendar Date:March 2, 2026

Before:Clark, J.P., Aarons, Ceresia, McShan and Corcoran, JJ.

Glen Patrick Smith, Sandy Springs, Georgia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Glen Patrick Smith was admitted to practice by this Court in 2003 and lists a business address in Atlanta, Georgia with the Office of Court Administration. Smith now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Smith's application.
Upon reading Smith's affidavit sworn to January 9, 2026, and filed January 12, 2026, and upon reading the February 25, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Smith is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Aarons, Ceresia, McShan and Corcoran, JJ., concur.
ORDERED that Glen Patrick Smith's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Glen Patrick Smith's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Glen Patrick Smith is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Smith is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Glen Patrick Smith shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.